IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM LEON ENSEY,

      Petitioner,                   No. 2:10-cv-0365 KJN P

      vs.

MATTHEW C. CATE,

      Respondent.             ORDER

                                /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or filed a request to proceed in forma pauperis. In his application, petitioner challenges a conviction issued by the Tuolumne County Superior Court. Tuolumne County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

8

9  DATED: February 19, 2010

10

11

12  _____
    KENDALL J. NEWMAN
13  UNITED STATES MAGISTRATE JUDGE

14

15  ense0365.109

16

17

18

19

20

21

22

23

24

25

26

2